UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-cr-00021-RLY-MPB |
| ) | |
| GASPAR RODRIGUEZ-SALGADO, ) | -01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On November 17, 2022, the Court held an Initial Appearance on the Petition for Warrant for Violation of Supervised Release, filed April 27, 2007. (Dkt. No. 3). Defendant Rodriguez-Salgado appeared in person with appointed counsel Erin Berger. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office was represented by Courtney Price.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 9). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Rodriguez-Salgado of his rights and provided him with a copy of the petition.

2. Defendant orally waived his right to a preliminary hearing.

3. After being placed under oath, Defendant Rodriguez-Salgado admitted violations No. 1, 2 and 3 (Dkt. No. 3).

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not leave the judicial district without the permission of the court or probation officer."**<br><br>On March 30, 2007, Mr. Rodriguez-Salgado's supervising USPO spoke by telephone with the defendant's father, Gaspar Rodriguez. Mr. Rodriguez indicated he did not know where Mr. Rodriguez-Salgado was. Mr. Rodriguez also advised his son wanted to return to Honduras.<br><br>At the time in question, the defendant did not have permission to leave the Southern District of Indiana. |
| 2 | **"The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**<br><br>Mr. Rodriguez-Salgado has not submitted monthly reports due January 5, February 5, March 5, and April 5, 2007. |
| 3 | **"The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."**<br><br>On April 19, 2007, Mr. Rodriguez-Salgado's supervising USPO went to the defendant's reported place of residence, a rented mobile home. There was no response to a knock on the mobile home's door and the residence appeared uninhabited when observations were made into the home through a variety of windows. Furthermore, the defendant's landlord indicated the last rental payment received for the property was in a name other than the defendant's family.<br><br>Mr. Rodriguez-Salgado has not informed his supervising USPO of any residence change. |

5. The parties stipulated that:

    (a) The highest grade of violation is a Grade **C** violation.

    (b) Defendant's criminal history category is **1**.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **3 to 9** months' imprisonment.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of two (2) months with no further supervision upon release. The Court further recommends Defendant receive credit for time served.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: November 18, 2022

                                            Matthew P. Brookman
                                            United States Magistrate Judge
                                            Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal